IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Juwuan Lamar Briscoe
3011 Prince Albert Sq APT F
Waldorf, MD 20602
08/03/1997
_____
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

\*

\*

v.

NAVY FEDERAL CREDIT UNION
820 Follin Ln SE
Vienna, VA 22180
*(Full name and address of respondent)*
**Defendant(s).**

\*

\*

\*

Case No.:_____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐    NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

   3. Case No.: _____

   4. Date filed: _____

   5. Name of judge that handled the case: _____

   6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

   7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☐     NO ☐

   1. If you answered YES:

      a. What was the result? _____
      _____

      b. Did you appeal? _____

         YES ☐     NO ☐

   2. If you answered NO to either of the questions above, explain why: _____
   _____
   _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   On March 16th 2023 and May 6th 2023, I, Briscoe, Juwuan/agent submitted one application for each date stated above to the defendant. Upon submission, the defendant proceeded to send me documents stating I was "see attached"

III. Statement of Claim

denied for credits because I caused them a "Loss." Furthermore, I took the time out to send the CFO John Collins three different letters via certified mail for each application explaining I am claiming my interests for each application along with a Durable Power of Attorney. After all of my efforts and proper performance the defendant blatantly continued to ignore me and not perform their fiduciary duties.

IV. Relief
(State briefly what you want the Court to do for you.)

I want compensatory damages pursuant Federal Reserve Act Section 29. Civil Money Penalty section(c) Third Tier Subsection (d) Maximum Amounts of Penalties for Any Violation Described In Subsection (c).

SIGNED THIS 29th day of July, 2023.

_____
Signature of Plaintiff

Juwvan Briscoe
Printed Name

3011 Prince Albert Sq APT F
Waldorf, MD 20602
Address

240-376-8917
Telephone Number

juwvanbriscoe@gmail.com
Email Address